# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| ENTERGY OPERATIONS, INC., | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| UNITED GOVERNMENT SECURITY | * | No. 4:15-cv-00231-JJV |
| OFFICERS OF AMERICA | * | |
| INTERNATIONAL UNION and UNITED | * | |
| GOVERNMENT SECURITY OFFICERS | * | |
| OF AMERICA LOCAL 23, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this <u>8th</u> day of January, 2016.

_____
JOE J. VOLPE
UNITED STATES DISTRICT JUDGE